

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00904-CV

**IN THE INTEREST OF R.L.R.R.**, M.C.M., J.D.S. and G.Z.S.

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00325
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. We GRANT Pablo B.'s appellate counsel's request to withdraw. We order that no costs shall be assessed against either appellant because they are indigent.

SIGNED April 30, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice